**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 3, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024

**BY ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:  <u>Saba Capital Master Fund, Ltd. v. BlackRock ESG Capital Allocation Trust</u>, No. 24-cv-1701

Dear Judge Garnett:

Pursuant to Rule I(B)(5) of the Court's Individual Rules and Practices, Defendant BlackRock ESG Capital Allocation Term Trust ("ECAT") respectfully moves for an extension of time in which to file a responsive pleading to and including July 26, 2024, for all Defendants. This is ECAT's first such request. Unless extended, the current deadline is July 9, 2024. Counsel for Plaintiff has consented to this request.

Respectfully submitted,

s/ Tariq Mundiya

cc:     All counsel of record via ECF

---

Application GRANTED. Defendant BlackRock ESG Capital Allocation Term Trust shall file its responsive pleading by **July 26, 2024**.

SO ORDERED.  Dated July 9, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---