# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 9, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Saba Capital Master Fund, Ltd. v. BlackRock ESG Capital Allocation Trust*, No. 24-cv-1701

Dear Judge Garnett:

Pursuant to Rule I.B.5 of the Court's Individual Rules and Practices, and further to a call with Your Honor's clerk earlier today, Defendants respectfully request that the conference currently scheduled for October 2, 2024 be moved to sometime during the week of October 7, 2024, subject to the Court's availability. See ECF No. 50. This change is respectfully requested because of the combination of international travel schedules during that week as well as Rosh Hashanah later in the week. Counsel for all parties have consented to this request. This is the first such request.

Respectfully submitted,

s/ Tariq Mundiya

cc: All counsel of record (by ECF)

---

Application GRANTED. It is hereby ORDERED that the October 2, 2024 conference shall be ADJOURNED to **Wednesday, October 9, 2024 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED. Dated August 13, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE